UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

MARTIN PRINCE HARDING,
Petitioner,
v.
U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT,
Respondent.

Case No. 5:26-cv-02290-SSC

JUDGMENT

Pursuant to the Order filed concurrently herewith, **IT IS ADJUDGED** that:

1. The petition is granted.
2. Respondents are ordered to release Petitioner Martin Prince Harding (A# 241-114-202) from custody immediately, under conditions found to be appropriate by releasing officials.
3. The Clerk of Court is directed to close this case.

DATED: August 28, 2026

HONORABLE STEPHANIE S. CHRISTENSEN
UNITED STATES MAGISTRATE JUDGE